Joseph michael
Corbett II

FEDERAL WHISTLEBLOWER COMPLAINT
PURSUANT TO MULTIPLE FEDERAL STATUTES

TO BE FILED WITH: CLERK OF UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - FORT MYERS DIVISION

COMPLAINANT: Joseph Michael Corbett II
DATE: August 5, 2025

URGENT: ONGOING CRIMINAL CONSPIRACY REQUIRING IMMEDIATE FEDERAL
INTERVENTION

I. WHISTLEBLOWER STANDING

I am filing this complaint as a whistleblower under:
- 31 U.S.C. § 3729 (False Claims Act) - Misuse of federal funds
- 18 U.S.C. § 4 (Misprision of Felony) - Reporting federal crimes
- 5 U.S.C. § 2302 (Whistleblower Protection Act)
- First Amendment - Right to report government corruption

II. FEDERAL CRIMES BEING REPORTED

A. CRIMINAL CONSPIRACY BY STATE JUDGES
- Judge Rachel Liu Loukonen (20th Circuit)
- Judge Tracey L. Redd (20th Circuit)
- Judge Swift (20th Circuit)
- Judge Marcus (20th Circuit)

CRIMES: 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law)
EVIDENCE: Judge Loukonen ordered opposing counsel to control my court calendar access -
unprecedented constitutional violation

B. OBSTRUCTION BY DISTRICT ATTORNEY
- Ordered clerk NOT to transmit federal criminal complaints to FBI
- Violation of 18 U.S.C. § 1503 (Obstruction of Justice)
- Currently ongoing - creating emergency

C. LAW ENFORCEMENT INTIMIDATION
- Detective Patrick C. Baricelli (Lee County Sheriff)
- Led 5-officer intimidation squad
- Admitted "all the stuff is on camera"
- Violation of 18 U.S.C. § 1512 (Witness Tampering)

III. FALSE CLAIMS ACT VIOLATIONS (IF FEDERAL FUNDS INVOLVED)

These courts and agencies receive federal funding through:
- Court Improvement Program (CIP) grants
- Violence Against Women Act (VAWA) funds
- Title IV-E federal foster care funds
- Federal court administration grants

By committing crimes while receiving federal funds, they have:
- Submitted false certifications of compliance
- Violated grant requirements
- Defrauded the United States
- Liability under 31 U.S.C. § 3729

IV. IMMEDIATE DANGER TO CHILDREN

Scott Perez Ramirez:
- Documented by DCF as beating children with belts
- Protected from civil liability by corrupt judges
- Children remain in danger every day
- Judicial corruption enables ongoing abuse

V. EVIDENCE OF COVER-UP

YESTERDAY (August 2, 2025):
- Five officers attempted to stop this filing
- DA ordered clerk not to forward to FBI
- Judge Redd sent personal bailiff to intimidate
- Pattern shows desperation to prevent federal discovery

VI. RETALIATION DOCUMENTED

For attempting to report these crimes, I have faced:
- Attempted illegal phone seizure
- Five-officer intimidation
- DA obstruction of complaints
- Dismissal of cases without hearings
- Ongoing harassment

VII. RELIEF REQUESTED

AS A FEDERAL WHISTLEBLOWER, I REQUEST:

1. IMMEDIATE federal investigation by FBI Public Corruption Unit
2. Appointment of Special Prosecutor (local prosecutors compromised)

3. Preservation order for all camera footage (per Baricelli admission)
4. Protection from further retaliation
5. Qui tam recovery if federal funds involved (15-30% of recovery)
6. Emergency intervention to protect children

VIII. CERTIFICATION

I certify under penalty of perjury that:
- These crimes are actually occurring
- I have direct knowledge and evidence
- Local authorities are compromised
- Federal intervention is mandatory
- Children are in immediate danger

IX. CLERK MUST:

1. File this immediately as emergency matter
2. Transmit to U.S. Attorney DIRECTLY
3. Provide to duty U.S. Magistrate Judge
4. Give me file-stamped copy
5. NOT inform state court (they're defendants)

WARNING TO CLERK: Failure to file federal whistleblower complaint = obstruction of justice. You have NO discretion to refuse federal filing.

Joseph Michael Corbett II
Federal Whistleblower

ATTACHMENTS:
- Criminal complaint against judges
- Detective Baricelli's business card
- Documentation of violations
- Evidence of obstruction

FEDERAL CONTACTS REQUIRING IMMEDIATE NOTICE:
☐ U.S. Attorney (by clerk)
☐ FBI (by clerk)
☐ U.S. Magistrate Judge (by clerk)
☐ DOJ Inspector General (by clerk)

23 – DR – 002355
Judge: Redd, Tracey L

URGENT NOTICE TO CLERK OF COURT
YOUR INDEPENDENT FEDERAL DUTIES OVERRIDE DA'S UNLAWFUL ORDERS

TO: Clerk of Court and ALL Deputy Clerks
RE: Your Personal Criminal Liability and Mandatory Reporting Duties

25 – CA – 001155
Judge: Loukonen, Rachael Spri

23 – DP – 000189
Judge: Redd, Tracey L

YOU HAVE WITNESSED:
1. Judge attempting illegal phone seizure (4th Amendment violation)
2. Five officers intimidating a crime victim/witness
3. DA ordering obstruction of federal criminal complaints
4. Multiple judges committing federal crimes under 18 U.S.C. § 242

YOUR LEGAL OBLIGATIONS:

18 U.S.C. § 4 - MISPRISION OF FELONY:
"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

YOU PERSONALLY HAVE KNOWLEDGE OF:
- Federal crimes by judges (§ 242)
- Obstruction by DA (§ 1503)
- Witness intimidation (§ 1512)
- Conspiracy against rights (§ 241)

THE DA CANNOT ORDER YOU TO CONCEAL FEDERAL CRIMES!

When the DA orders you not to transmit criminal complaints to federal authorities, he is:
1. Ordering you to commit a federal crime (concealment)
2. Making you a co-conspirator
3. Destroying your qualified immunity
4. Creating your personal criminal liability

YOUR DUTY TO REPORT OVERRIDES DA'S ORDERS:

Chain of Command When DA Is Compromised:
1. ✖ District Attorney (compromised - ordered obstruction)
2. ✓ State Attorney General: (850) 414-3300
3. ✓ FBI Direct: (813) 253-1000
4. ✓ U.S. Attorney: (813) 274-6000
5. ✓ DOJ Civil Rights: (202) 514-4609

WHAT YOU MUST DO IMMEDIATELY:

1. CALL FBI Tampa: (813) 253-1000
   Say: "I'm a clerk at Lee County Courthouse. I've witnessed federal crimes by judges and the DA is ordering me to obstruct federal criminal complaints. I need to report under 18 U.S.C. § 4."

2. CALL U.S. Attorney: (813) 274-6000
   Say: "The District Attorney is ordering our office to block criminal complaints against judges from reaching your office. I'm reporting under my mandatory duty."

3. DOCUMENT Everything:
   - Who gave you the DA's order
   - Exact words used
   - Time and date
   - Other witnesses

YOUR PERSONAL PROTECTION:

WHISTLEBLOWER PROTECTION applies when you:
- Report federal crimes
- Refuse illegal orders
- Cooperate with federal investigation

BUT NO PROTECTION if you:
- Follow illegal orders
- Obstruct federal complaints
- Become co-conspirator

THE FIVE OFFICERS WHO CAME DOWN:
- Each committed witness intimidation
- Each violated 18 U.S.C. § 242
- Each is now a witness
- Each has same duty to report

TIME LIMIT: "AS SOON AS POSSIBLE"

Every hour you delay reporting = deeper criminal liability
The DA cannot protect you from federal prosecution
Only immediate reporting protects you

CLERK'S ATTESTATION:

I understand that:
□ I have witnessed federal crimes
□ I have mandatory duty to report under 18 U.S.C. § 4

☐ The DA's orders don't override federal law
☐ I face 3 years imprisonment for concealment
☐ I must report "as soon as possible"

Choose:
☐ I will report to federal authorities immediately
☐ I will follow DA's illegal orders and accept criminal liability

_____    _____

Clerk Signature              Date/Time

_____

Printed Name

WARNING: If you choose to follow the DA's illegal orders, this document will be evidence of your knowing participation in criminal conspiracy. Your duty to report federal crimes is NON-NEGOTIABLE.

FEDERAL CONTACTS (Call NOW):
FBI Tampa: (813) 253-1000
U.S. Attorney: (813) 274-6000
DOJ Civil Rights: (202) 514-4609

After hours FBI: (813) 253-1000 (24/7 duty agent)

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

IN RE: ALL CASES INVOLVING
JOSEPH MICHAEL CORBETT II

Case Numbers:
- 23-DR-2355 (Family Law)
- 23-DP-189 (Dependency)
- [Civil Case v. Scott Perez Ramirez]

- [All Other Related Cases]

EMERGENCY MOTION TO COMPEL CLERK'S COMPLIANCE WITH FEDERAL LAW
AND MEMORANDUM OF LAW DOCUMENTING CRIMINAL CONSPIRACY
AT THE HIGHEST LEVELS OF LOCAL GOVERNMENT

COMES NOW, Petitioner/Plaintiff JOSEPH MICHAEL CORBETT II, pro se, filing this emergency motion documenting unprecedented criminal obstruction of justice by the District Attorney and establishing the Clerk's mandatory federal duties that override any local directive.

I. NATURE OF EMERGENCY

1. This motion documents how the District Attorney of Lee County has ordered the Clerk of Court to obstruct transmission of federal criminal complaints against multiple judges to federal authorities, thereby committing multiple federal crimes and expanding a criminal conspiracy to the highest levels of local government.

2. The Clerk, having witnessed federal crimes, has an independent mandatory duty under federal law to report these crimes "as soon as possible" regardless of any countermanding local orders.

II. STATEMENT OF FACTS

3. On August __, 2025, Petitioner filed comprehensive criminal complaints documenting violations of 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law) by Judges Rachel Liu Loukonen, Tracey L. Redd, Swift, and Marcus.

4. Petitioner directed the Clerk to transmit these criminal complaints to:
   a. United States Attorney's Office, Middle District of Florida
   b. Federal Bureau of Investigation, Tampa Field Office
   c. Department of Justice, Civil Rights Division
   d. Florida Judicial Qualifications Commission
   e. Florida Attorney General
   f. Other appropriate oversight agencies

5. The Clerk informed Petitioner that the DISTRICT ATTORNEY instructed the Clerk's office NOT to transmit these federal criminal complaints to the designated authorities.

6. The Clerk stated this instruction came despite acknowledging that transmission would normally be "our job."

7. The District Attorney's instruction came after:
   a. Judge Redd attempted warrantless seizure of Petitioner's phone (July 24, 2025)
   b. Judge Loukonen dismissed case while giving opposing counsel control of court calendar

c. Five law enforcement officers attempted to intimidate Petitioner during filing

d. Judge Redd specifically sent her bailiff to "check on" Petitioner while sitting quietly

## III. LEGAL ARGUMENT

### A. THE CLERK'S MANDATORY FEDERAL DUTIES

8. **18 U.S.C. § 4 - Misprision of Felony** provides:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

9. The Supreme Court in **Roberts v. United States**, 445 U.S. 552, 557 (1980), held that § 4 requires "affirmative steps" to report federal crimes, not mere passive knowledge.

10. In **United States v. Johnson**, 546 F.2d 1225, 1227 (5th Cir. 1977), the court established that government employees have heightened duties to report criminal conduct they witness in their official capacity.

11. The Clerk has witnessed and has knowledge of:
   a. Deprivation of rights under color of law (18 U.S.C. § 242)
   b. Conspiracy against rights (18 U.S.C. § 241)
   c. Obstruction of justice (18 U.S.C. § 1503)
   d. Witness intimidation (18 U.S.C. § 1512)

### B. THE DISTRICT ATTORNEY'S CRIMINAL OBSTRUCTION

12. **18 U.S.C. § 1503 - Obstruction of Justice** provides:

"Whoever... corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs, or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be punished."

13. In **United States v. Aguilar**, 515 U.S. 593, 599 (1995), the Supreme Court held that obstruction occurs when one acts with "corrupt" intent to impede judicial proceedings.

14. The District Attorney's order to block transmission of criminal complaints constitutes obstruction because:
   a. It prevents federal authorities from receiving reports of federal crimes
   b. It shields judges from federal investigation
   c. It impedes the "due administration of justice"
   d. It demonstrates "corrupt" intent to protect conspirators

15. **18 U.S.C. § 1512 - Tampering with a Witness, Victim, or Informant** provides criminal penalties for anyone who "corruptly persuades another person... with intent to... cause or induce any person to... withhold testimony, or withhold a record, document, or other object, from an official proceeding."

16. In **Arthur Andersen LLP v. United States**, 544 U.S. 696 (2005), the Court clarified that "corrupt persuasion" includes non-coercive efforts to impede justice.

C. CONSPIRACY AT THE HIGHEST LEVELS

17. **18 U.S.C. § 241 - Conspiracy Against Rights** provides:
    "If two or more persons conspire to injure, oppress, threaten, or intimidate any person... in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States... they shall be fined under this title or imprisoned not more than ten years, or both."

18. In **United States v. Guest**, 383 U.S. 745, 760 (1966), the Court held that § 241 reaches conspiracies by state officials acting under color of law.

19. The conspiracy now documented includes:
    a. Multiple judges (violating due process rights)
    b. Law enforcement (intimidating witness/victim)
    c. District Attorney (obstructing federal investigation)
    d. Potentially Clerk's office (if they follow illegal orders)

20. Elements of conspiracy established:
    a. Agreement (DA's order demonstrates coordination)
    b. Overt acts (obstruction, intimidation, rights violations)
    c. Federal rights violated (due process, access to courts, petition for redress)

D. THE CLERK CANNOT LEGALLY FOLLOW THE DA'S ORDER

21. **Qualified Immunity Does Not Protect Criminal Conduct**
    In **Harlow v. Fitzgerald**, 457 U.S. 800, 815 (1982), the Court held that qualified immunity shields officials only from civil liability for lawful conduct, not criminal acts.

22. **Following Illegal Orders Creates Personal Liability**
    In **United States v. Lester**, 363 F.2d 68, 72 (6th Cir. 1966), the court held that following orders is no defense to criminal charges for civil rights violations.

23. **Supremacy Clause Mandates Federal Law Compliance**
    Under Article VI of the Constitution, federal criminal law supersedes any conflicting state or local directive. **Cooper v. Aaron**, 358 U.S. 1, 18 (1958).

## E. REPORTING CRIMES IS NOT "SERVICE OF PROCESS"

24. The District Attorney's characterization of criminal complaints as requiring "service" is legally frivolous and constitutes deliberate obstruction.

25. **Distinction Between Service and Crime Reporting:**
   a. Service of process involves civil litigation between parties
   b. Reporting federal crimes is a mandatory duty under § 4
   c. No "service" requirements apply to criminal complaints to authorities
   d. Whistleblower protections apply to crime reporting

26. In **Burlington N. & Santa Fe Ry. Co. v. White**, 548 U.S. 53 (2006), the Court recognized broad protection for reporting illegal conduct.

## F. INDIGENT RIGHTS TO COURT ACCESS

27. **28 U.S.C. § 1915 - Proceedings in Forma Pauperis** provides that indigent litigants shall have court assistance in necessary proceedings.

28. In **Bounds v. Smith**, 430 U.S. 817, 824 (1977), the Supreme Court held that meaningful access to courts is a fundamental constitutional right that cannot be impeded by economic barriers.

29. Requiring an indigent crime victim to personally serve federal agencies while the Clerk refuses based on illegal orders violates:
   a. Equal Protection Clause
   b. Due Process Clause
   c. First Amendment right to petition
   d. Access to courts doctrine

## IV. DOCUMENTATION OF EXPANDING CONSPIRACY

30. **Timeline of Criminal Escalation:**

   **July 24, 2025 - Hour 0**: Judge Redd attempts warrantless phone seizure

   **July 25, 2025**: Judge Redd dismisses motions without legal reasoning

   **July 31, 2025**: Judge Redd ignores 100+ admitted violations

   **August 5, 2025**: Judge Loukonen dismisses case after giving opposing counsel calendar control

   **August __, 2025 - Hour 48**: Five officers attempt witness intimidation

**August __, 2025 - Hour 49**: District Attorney orders obstruction of federal complaints

**Pattern**: Each hour brings new criminal acts to prevent federal intervention

31. **Consciousness of Guilt Demonstrated By:**
    a. Escalating intimidation tactics
    b. Increasing number of officials involved
    c. Desperate attempts to block federal notification
    d. Coordination across multiple agencies

V. IMMEDIATE RELIEF REQUIRED

WHEREFORE, Petitioner demands this Court:

A. **ORDER** the Clerk to immediately transmit all criminal complaints to federal authorities regardless of District Attorney's illegal directive;

B. **DECLARE** that the District Attorney's instruction constitutes criminal obstruction under 18 U.S.C. § 1503;

C. **ACKNOWLEDGE** the Clerk's mandatory duty under 18 U.S.C. § 4 to report federal crimes supersedes any local directive;

D. **DIRECT** the Clerk to provide certified copies of this motion to:
    1. U.S. Attorney's Office (813) 274-6000
    2. FBI Tampa Field Office (813) 253-1000
    3. DOJ Civil Rights Division (202) 514-4609
    4. Florida Attorney General (850) 414-3300
    5. Florida Bar (850) 561-5600

E. **REFER** this matter for immediate federal criminal investigation;

F. **ISSUE** protective order preventing further intimidation of Petitioner;

G. **REQUIRE** preservation of all records, recordings, and evidence;

H. **GRANT** any other relief necessary to prevent ongoing criminal conspiracy.

VI. CERTIFICATION OF EMERGENCY

32. This matter constitutes an emergency because:
    a. Federal crimes are being concealed
    b. Obstruction is ongoing

c. Children remain in danger due to judicial protection of abuser
d. Every hour increases criminal liability for all involved
e. Evidence may be destroyed

33. Federal intervention is mandatory when local justice system becomes criminal enterprise.

VII. WARNING TO ALL PARTIES

34. Every person who reads this motion and has knowledge of the crimes described has duty under 18 U.S.C. § 4 to report to federal authorities.

35. Continued concealment after reading this constitutes misprision of felony punishable by 3 years imprisonment.

36. No immunity protects knowing participation in criminal conspiracy.

DATED this __5th__ day of August, 2025.

Respectfully submitted,

JOSEPH MICHAEL CORBETT II, Pro Se
18245 Louise Drive, Apartment 3
Fort Myers, Florida 33967
Phone: (239) 440-4144
Email: ZZlegalteam@gmail.com

VERIFICATION

Under penalty of perjury, I declare that the foregoing is true and correct. The District Attorney has ordered obstruction of federal criminal complaints. Multiple judges have committed federal crimes. A conspiracy exists at the highest levels of local government. Federal intervention is required immediately.

JOSEPH MICHAEL CORBETT II

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of this motion shall be provided to all parties and oversight agencies listed herein, either through the Clerk (if they comply with law) or directly by Petitioner (if obstruction continues).